In the Matter of KIMBERLY J.G. WESTCHESTER COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; CHANTEL J.G.V., Appellant. (And Another Proceeding.)

Submitted May 6, 2013; decided June 25, 2013

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceedings within the meaning of the Constitution.

PAUL MARINACCIO, SR., Respondent, v TOWN OF CLARENCE, Defendant, and KIEFFER ENTERPRISES, INC., Appellant.

Submitted May 6, 2013; decided June 25, 2013

Motion for reargument etc. denied [see 20 NY3d 506 (2013)].

Judges RIVERA and ABDUS-SALAAM taking no part.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v JERMAINE DUNBAR, Respondent.

Submitted June 10, 2013; decided June 25, 2013

Motion for assignment of counsel granted and Lynn W.L. Fahey, Esq., Appellate Advocates, 2 Rector Street, 10th Floor, New York, NY 10006 assigned as counsel to the respondent on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VICTOR GONZALEZ, Appellant.

Submitted June 17, 2013; decided June 25, 2013

Motion for assignment of counsel granted and V. Marika Meis, Esq., The Bronx Defenders, 360 East 161st Street, Bronx, New York 10451 assigned as counsel to the appellant on the appeal herein.